UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECRET BOSTON LLC, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FEVER LABS, INC. D/B/A "SECRET )<br>BOSTON," AND SECRET MEDIA )<br>NETWORK, )<br>)<br>Defendant. | Civil Action  1:21-cv-11087-LTS |

**JOINT MOTION TO REOPEN ACTION**

On a joint submission to this Court advising the Court that a settlement in principle was reached by the parties pending execution of a formal settlement agreement, this Court on August 24, 2021, entered an Order (Dkt. No. 31), of 45 Day Settlement Order Of Dismissal & Closing, holding the action would be dismissed without prejudice to either party to reopen for good cause if settlement is not consummated.

Now both parties jointly move to reopen for good cause for an additional 30 day period to consummate the final settlement agreement.

As the basis for this good cause, the parties respectfully submit that a comprehensive trademark settlement agreement is nearly complete, with complex issues involving the scope of the parties' respective usages of marks, avoidance of prospective confusion, and the attorneys have worked diligently to cooperate over the terms and several drafts.  The additional 30 day period should allow the parties to consummate the settlement and stipulate to dismissal.

WHEREFORE, the Parties respectfully request that the Court reopen the case for the purpose of entering a fresh 30 Day Settlement Order Of Dismissal & Closing.

Dated: October 13, 2021

| | |
|---|---|
| /s/ *Howard J. Susser* <br> Howard J. Susser (BBO #636183) <br> Deborah J. Peckham (BBO #564865) <br> Brooke A. Penrose (BBO #679830) <br> Burns & Levinson LLP <br> 125 High Street <br> Boston, MA  02110 <br> Telephone: 617.345.3000 <br> Facsimile: 617.345.3299 <br> hsusser@burnslev.com <br> dpeckham@burnslev.com <br> bpenrose@burnslev.com <br><br> *Attorneys for Plaintiff* | */s/ Nicholas G. Papastavros* <br> Nicholas G. Papastavros <br> DLA Piper LLP (US) <br> 33 Arch Street, 26th Floor <br> Boston, MA 02110 <br> Telephone:  617.406.6019 <br> Facsimile:  617.406.6011 <br> Nick.Papastavros@us.dlapiper.com <br><br> *Attorney for Defendant* |